November 30, 1979.

423 A.2d 1332

Koenig v. Nunez, Appellant.

Argued September 10, 1979. John R. Howland, for appellant; John M. McAllister, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.
Order affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.